# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

JOHNNIE H. WHEELER                                                                    PLAINTIFF

vs.                                                          Civil Action No. 3:05-cv-501 HTW-JCS

GLENN HAMILTON, ET AL.                                                              DEFENDANTS

## FINAL JUDGMENT

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge and the objection thereto, and this court, having found said objection not well taken and having adopted said Report and Recommendation as the order of the court, hereby orders that the above-styled and numbered cause is dismissed.

**SO ORDERED AND ADJUDGED, this the 28th day of November, 2006.**

                                        s/ HENRY T. WINGATE
                                        CHIEF UNITED STATES DISTRICT JUDGE